No. 85–1529.  GRUMMAN AEROSPACE CORP. *v.* SHAW, *ante,* p. 1233;

No. 86–379.  DOWD ET AL. *v.* TEXTRON, INC., ET AL., *ante,* p. 1233;

No. 86–5309.  ROSS *v.* OKLAHOMA, *ante,* p. 81;

No. 87–171.  COPLEY ET AL. *v.* HEIL-QUAKER CORP. ET AL., *ante,* p. 1204;

No. 87–377.  MCINTOSH ET AL. *v.* CARLUCCI, SECRETARY OF DEFENSE, ET AL., *ante,* p. 1217;

No. 87–1509.  HODDER *v.* UNITED STATES, *ante,* p. 1218;

No. 87–1563.  MATT *v.* LAROCCA, COMMISSIONER, NEW YORK STATE DEPARTMENT OF TRANSPORTATION, 486 U. S. 1007;

No. 87–1826.  SMITH *v.* ROLEWICK, ADMINISTRATOR, ILLINOIS ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION, *ante,* p. 1219;

No. 87–1913.  RESHARD *v.* BURNLEY, SECRETARY, UNITED STATES DEPARTMENT OF TRANSPORTATION, *ante,* p. 1237;

No. 87–1993.  ROBINSON *v.* VIRGINIA STATE BAR EX REL. THIRD DISTRICT COMMITTEE, *ante,* p. 1237;

No. 87–1996.  AYARS ET UX. *v.* UNITED STATES, *ante,* p. 1237;

No. 87–5418.  HOUSEL *v.* GEORGIA, *ante,* p. 1240;

No. 87–6573.  LEWIS *v.* MODULAR QUARTERS ET AL., *ante,* p. 1226;

No. 87–6760.  BURR *v.* FLORIDA, *ante,* p. 1201;

No. 87–6794.  LOCKETT *v.* MISSISSIPPI (two cases), *ante,* p. 1210;

No. 87–6922.  AGNES, AKA MARTIN *v.* UNITED STATES, *ante,* p. 1221;

No. 87–6975.  SEBASTIAN-ANDRES *v.* UNITED STATES, *ante,* p. 1239; and

No. 87–7022.  MUZA *v.* UNITED STATES, *ante,* p. 1222.  Petitions for rehearing denied.

No. 87–1792.  GANOE ET AL. *v.* LUMMIS, TEMPORARY ADMINISTRATOR OF THE ESTATE OF HUGHES, *ante,* p. 1206; and

No. 87–6527.  JONES *v.* ST. LOUIS-SAN FRANCISCO RAILWAY, 486 U. S. 1010.  Motions for leave to file petitions for rehearing denied.